IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  MEMORANDUM

        Plaintiff,

                                                  06-cr-213-bbc
                                                  10-c-93-bbc

    V.

BRIAN BILLUPS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On February 25, 2010, defendant filed a motion for post conviction relief pursuant to 28 U.S.C. § 2255. On March 13, 2010, I entered an order denying his motion.

      Now defendant has filed a supplement to his § 2255 motion. I assume that the supplement crossed in the mail with the order denying defendant's § 2255 motion. In any event, nothing in defendant's supplement convinces me that it was error to deny his motion.

      Entered this 22d day of March, 2010.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge